Almonte v Castillo
2026 NY Slip Op 50926(U)
June 15, 2026
Appellate Term, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Courts—Small Claims-Recovery of Duplicate Money Transfer Retained by Defendant

Bernabela Almonte d/b/a Elegant Driving School Inc., Plaintiff-Respondent,
v
Wilson R. Reyes Castillo d/b/a RFS Cargo Express, Defendant-Appellant.

Supreme Court, Appellate Term, First Department
Decided on June 15, 2026
570457/26
Present: Tisch, J.P., Perez, Alpert, JJ.

Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Eliezer Rodriguez, J.), entered July 9, 2025, after trial, in favor of plaintiff and awarding her damages in the principal sum of $2,560.00.
[*1]
Per Curiam.
Judgment (Eliezer Rodriguez, J.), entered July 9, 2025, modified, by reducing the amount of plaintiff's recovery to the principal sum of $2,501.00; as modified, judgment affirmed, without costs.
Except as indicated, the trial court achieved "substantial justice" consistent with substantive law principles (see CCA §§ 1804, 1807; see also Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]), in awarding judgment to plaintiff. A fair interpretation of the evidence supports a finding that defendant was the beneficiary of a duplicate money transfer, for which he failed to reimburse plaintiff. However, the record and the ends of substantial justice support a recovery of damages in the principal sum of $2,501, the correct amount of the duplicate money transfer retained by defendant.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 15, 2026